IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

KENNETH PETERSON and )
CATHERINE PETERSON, )
 )
 Plaintiffs-Appellees, )
 ) No. A-CV-09-79
 vs. )
 )
WAYNE LOVELADY'S FRONTIER ) 
FORD CORPORATION, )
 )
 Defendant-Appellant. )
_____)

The appeal in the above-entitled matter, filed the 30th day of April, 1979, having been received and considered by the Acting Chief Justice pursuant to 7 N.T.C. 801, the Court finds:

1. 7 N.T.C. 801(a) and Rule 2 of the Rules of Appellate Procedure require that an appeal be from a final judgment or order.

2. The opinion of the Crownpoint District Court, dated April 2, 1979, is not a final judgment, but is restricted to the question of the jurisdiction of the Crownpoint Court.

3. The appellate may raise the question of the Court's jurisdiction after a final decision on the merits.

4. This Court has previously held in Thompson v. General Electric Credit Corporation, et al., 1 Nav. R. 234, Todachine, et al., v. The Navajo Tribe, et al., 1 Nav. R. 245, and Howard Dana and Associ-

ates v. The Navajo Housing Authority, 1 Nav. R. 255, that there is no right to an interlocutory appeal.

THEREFORE, the appeal in the above-entitled matter is DISMISSED.

Dated this 18th day of May, 1979.

Robert B. Walters

Acting Chief Justice of the Navajo Nation